IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TIMOTHY B. ABREU,

    Plaintiff,

v.                                            No. CV 16-853 JCH/CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 28), filed February 19, 2020. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff Timothy B. Abreu's *Request for Attorney Fee Determination of Fees Pursuant to 42 USC 406(B) and Supporting Memorandum*, (Doc. 25), be granted in part. (Doc. 28). The parties were notified that written objections to the PFRD were due within fourteen days. *Id.* at 7. No objections have been filed and the deadline of March 4, 2020, has now passed. The recommendations of the Chief Magistrate Judge are therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff Timothy Abreu's *Request for Attorney Fee Determination of Fees Pursuant to 42 USC 406(B) and Supporting Memorandum*, (Doc. 25), is **GRANTED IN PART** and the Social Security Administration is directed to pay counsel **$4,594.00** from Plaintiff's backpay award for legal services performed before this Court.

                                                                            _____
                                                                            Judith C. Herrera
                                                                            United States District Court Judge